**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7649**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

PATRICK LAWSON,

Defendant - Appellant.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CR-89-362-PN, CA-95-2518-S)

---

Submitted: January 23, 1996      Decided: February 9, 1996

---

Before HALL and HAMILTON, Circuit Judges, and CHAPMAN, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Patrick Lawson, Appellant Pro Se.  Stuart A. Berman, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his 28 U.S.C. § 2255 (1988) motion. We have reviewed the record and the district court's opinion and find no reversible error. <u>See</u> <u>United States v. Lawson</u>, Nos. CR-89-362-PN; CA-95-2518-S (D. Md. Aug. 30, 1995). We affirm the decision of the district court because Appellant's claim is procedurally barred. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>